United States District Court for the
Eastern District of New York

---

Mio Sushi International, Inc., dba Mio Sushi,

                                    Plaintiff,

  -against-

JCMD Corp., dba Mio Sushi and Steakhouse,

                                   Defendant.

**AFFIDAVIT OF SERVICE**
Index # CV 15 - 6256

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 3rd day of November 2015, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint and Civil Cover Sheet, on **JCMD CORP.,** by delivering to and leaving with Nancy Dougherty an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Nancy Dougherty is a white female, approximately 55 years of age, stands approximately 5 feet 2 inches tall, weights approximately 120 pounds with brown hair and wears glasses.

                                                                     Denise L. Dooley

Sworn to before me
this 3rd day of November 2015.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018